```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK (State Bar No. 149883)
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. LULEJIAN (State Bar. No. 186783)
    Assistant United States Attorney
 6  Violent & Organized Crime Section
         Federal Courthouse, 15th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-6595/8603
         Facsimile:  (213) 894-7177/3713
 9       E-mail:     Steven.Welk@usdoj.gov
                     John.Lulejian@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-06431 SVW |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | **CONSENT JUDGMENT** |
| JAMES DOUGLAS PRIDGEN, | |
| Defendant. | |

This action commenced on September 30, 2008 when James Douglas Pridgen ("Pridgen") filed a Motion for Return of Seized Property. The parties hereby request that the Court enter this Consent Judgment.

/ / /

/ / /

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. $15,396 has been paid to the Court so that it may be applied to Pridgen's restitution order. *[handwritten: add 4/12/10]*

3. $ _10 30.00_ shall be paid to Pridgen to settle any and all claims, actions or liabilities arising out of or related to this action.

4. Pridgen hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Pridgen, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The Court finds that there was reasonable cause for the seizure of the $15,396.00 in U.S. currency and this total amount shall be applied to Pridgen's restitution in <u>United States v. Wilkerson</u> CDCA Case No. CR 98-00043-SVW. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _April 14_, 2010  _[signature]_
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[Signatures of parties appear on the next page]

2



**Approved as to form and content:**

DATED: April 12, 2010   ANDRÉ BIROTTE JR.
                                    United States Attorney
                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division

_____
STEVEN R. WELK
JOHN J. LULEJIAN
Assistant United States Attorneys
Attorneys for Plaintiff
United States of America

DATED: 4-12-10, 2010   /s/ James D. Pridgen
                                    JAMES DOUGLAS PRIDGEN
                                    Pro Se
                                    Defendant